UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br>JUSTIN LAWRENCE SITZMANN,<br><br>　　　　　Defendant. | CR 19-40075<br><br>REDACTED INDICTMENT<br><br>Possession of Firearm by Prohibited Person<br><br>18 U.S.C. §§ 922(g)(1) and (g)(3) |

The Grand Jury charges:

On or about March 20, 2019, in the District of South Dakota, Justin Lawrence Sitzmann, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and who knowingly was then an unlawful user of, and addicted to, a controlled substance, did knowingly possess a firearm, to wit: a Smith & Wesson, model SD40VE, semi-automatic pistol bearing serial number HEJ6416, which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(2).

**FORFEITURE ALLEGATION**

1.　The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.　Upon conviction of the offense set forth in the Indictment, the Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense, including, but not limited Smith & Wesson, model SD40VE, semi-automatic pistol, bearing serial number HEJ6416, and accompanying ammunition and holster.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____